# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 28, 2014

Robert P. Young, Jr.,
Chief Justice

148304

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 148304
COA: 309710
Ingham CC: 10-001189-FC

CRISTOVAL HERNANDEZ,
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the November 12, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, J., would grant leave to appeal.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2014



Clerk

t0324